## PROCEEDING MEMO

**Date:** 01/18/2018  1:30 pm

**In re:** Kathleen Ann Schweiger

Bankruptcy No. 17-23085-CMB
Chapter: 7
Doc. # 15

**Appearances:**

**Movant(s):** James C. Warmbrodt ✓

**Respondents:**

**Creditor(s):**

**Nature of Proceeding:** #15 Motion for Relief from the Automatic Stay filed by Ditech Financial LLC

**Additional Pleadings:** Certificate of Service, #18 CNO

**Judge's Notes:**

**Outcome:**

- ✓ Motion is GRANTED  ✓ Order entered
- ___ Motion is DENIED ___ Order entered
- ___ Motion WITHDRAWN
- ___ Motion is DISMISSED    Order entered
- ___ Reschedule for Proper Service
- ___ Case DISMISSED    Order entered
- ___ Parties to submit Order/Settlement/Stipulation by ___ days
- ___ CONTINUED MATTER: ___ for at least ___ days (Court to Issue Order)
- ___ to hearing date of ___
- ___ ISSUE EVIDENTIARY HEARING NOTICE
- ___ Discovery time needed ___ days
- ___ Briefs to be filed:    Movant(s) brief due ___ days
      Respondent(s) brief due ___ days
      Trustee's brief due ___ days

Carlota M. Böhm
U.S. Bankruptcy Judge

FILED
1/19/18 10:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA